■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN WATKINS, Appellant.—

Present—Dillon, P. J., Denman, Green, Balio and Lawton, JJ.